**FIRST NATIONAL CITY BANK OF NEW YORK v. Raymond A. PHELAN, No. 54-75**

August 19, 1976. There having been no satisfactory compliance with the previous orders of this Court extending the time for perfecting the appeal in this matter, appeal dismissed.

**IN RE SOUTH END PLAY SCHOOL, INC., No. 247-76**

August 26, 1976. The above cause came on for hearing on August 26, 1976, before the undersigned single Justice. The appellant was represented by Carl Lisman, Esq., and the Agency of Human Services by David Greenberg, Esq.

Upon consideration of the arguments and representations of counsel in connection with appellant's application for stay, it is ordered:

That the decision of the Human Services Board herein appealed from revoking the appellant's license is stayed to and including August 31, 1976.

**David W. CURTIS v. Walter L. KENNEDY and John K. Wu, No. 251-76**

September 9, 1976. The cause is remanded to Chittenden Superior Court for the sole purpose of hearing and determining the plaintiff's petition for contempt order forthwith, with direction to report to this Court its action upon said petition. See *McDonough v. Snow Construction Co.*, 131 Vt. 436, 446-48, 306 A.2d 119 (1973).

**STATE of Vermont v. Robert E. DRAGON, Jr., No. 248-76**

September 13, 1976. Plaintiff's Motion for Permission to Appeal under V.R.A.P. 5(b)(1) granted.

**IN RE T. H. (Juvenile), No. 276-75**

September 14, 1976. Appeal dismissed for failure to comply with progress order of August 24, 1976.

**IN RE ESTATE OF Elias BOISVERT a/k/a Elias B. Greenwood, No. 131-76**

September 15, 1976. Motion to dismiss denied. 14 V.S.A. § 1401.

**THE OLD JELLY MILL v. Richard E. ALEXANDER, et al., No. 203-76**

**S. S. & L., Inc. v. Richard E. Alexander, et al., No. 204-76**

**James M. Gunn, et al. v. Richard E. Alexander, et al., No. 205-76**

September 15, 1976. Motion to dismiss the appeal is granted. V.R.C.P. 41(b)(1), (3); V.R.C.P. 58.